IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SHANE MILES, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>CHAMBERS COUNTY SHERIFF'S )<br>DEPARTMENT, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:14cv1262-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging the constitutionality of his arrest on August 14, 2014. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of February, 2016.

                      /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE